LAW LIBRARY

NO. 29130

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

STATE OF HAWAI‘I,
Respondent/Plaintiff-Appellant

vs.

RANDAL STRONG, JR.,
Petitioner/Defendant-Appellee

and

MALIEPO SITANI, Defendant

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 06-1-1400)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Acoba, J., for the court[1])

Petitioner/Defendant-Appellee Randal Strong, Jr.'s application for writ of certiorari, filed on February 11, 2010, is accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai‘i, **March 23, 2010.**

FOR THE COURT:

SIMEON R. ACOBA, JR.
Associate Justice

Richard D. Gronna,
on the application,
for petitioner/
defendant-appellee.

Donn Fudo, Deputy Prosecuting
Attorney, City & County of
Honolulu, on the Response,
for respondent/
plaintiff-appellant.

---

[1] Considered by Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.